**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Vincent Lucas,

    Plaintiff,

                                           Case No. 1:16cv1102

        v.                           Judge Michael R. Barrett

Total Security Vision, Inc., *et al.*,

    Defendants.

## JUDGMENT IN A CIVIL CASE

**[ ]**   **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[ X]**   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: The Report and Recommendation (Doc. 93) is adopted; Defendants' Motion to Dismiss (Doc. 87) is granted and Plaintiff's Motion to Dismiss Counterclaim (Doc. 92) is granted.

Date: September 27, 2019                 Richard W. Nagel, Clerk
                                                Clerk

                                    By:        *S/Barbara A. Crum*
                                                      Deputy Clerk