IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| VINCENT LUCAS, <br>     Plaintiff, <br><br> v. <br><br> TOTAL SECURITY VISION, et al., <br>     Defendants. | : <br> : Case No. 1:16-cv-1102 <br> : Barrett, J. <br> : Bowman, M.J. <br> : <br> : <br> : <br> : <br> : |

**NOTICE OF APPEAL**

Notice is hereby given that Vincent Lucas, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final order entered in this action on the 27th day of September, 2019.

                                                                          s/ Vincent Lucas

                                                                          Vincent Lucas
                                                                          P.O. Box 272
                                                                          Amelia, OH 45102
                                                                          (513) 947-1695
                                                                          vincentlucaslegal@gmail.com
                                                                          Plaintiff

CERTIFICATE OF SERVICE

    I certify that on Sept. 27, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who are not in default for failure to appear.

                                                                          s/ Vincent Lucas