# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## Transcript Order for Pro Se Parties

Only parties not represented by counsel may use this form. Attorneys must file transcript orders electronically in CM/ECF. Include on this form all transcripts that you are ordering from *one* court reporter. Use a separate form for each court reporter.

| SHORT CASE TITLE<br>Vincent Lucas v. Total Security Vision, et al. | NAME OF DISTRICT COURT<br>Southern District of Ohio | DISTRICT COURT CASE NUMBER<br>1:16-cv-1102-MRB-SKB |
|---|---|---|
| COURT OF APPEALS CASE NUMBER<br><br>19-3973 | DATE NOTICE OF APPEAL FILED BY CLERK OF DISTRICT COURT<br>9/27/2019 | |
| | COURT REPORTER<br>none | NAME OF ORDERING PARTY<br>Vincent Lucas |

| A. Check the applicable provision:<br>☐ I am ordering a transcript (See Section B)<br>☒ I am not ordering a transcript<br><br>Reason for not ordering a transcript:<br>☐ Transcript is already on file in district court<br>☐ Transcript is unnecessary for appeal purposes<br>☒ No Hearings | B. Provide a description, including dates, of the proceedings for which a transcript is required (i.e. oral argument, sentencing, etc.)<br><br><br><br><br><br>Method of Payment ☐ Private Funds ☐ Other |
|---|---|
| C. When transcript is funded by the Criminal Justice Act, transcript of the following proceedings will be provided only if specially authorized by the district court<br>☐ Voir Dire<br>☐ Jury Instructions<br>☐ Opening statement of plaintiff<br>☐ Closing argument of plaintiff<br>☐ Opening statement of defendant<br>☐ Closing argument of defendant | D. Deliver transcript to: (Appellant's name, address, telephone) |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for dismissal of appeal.

| E. I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules. |||
|---|---|
| ORDERING PARTY'S SIGNATURE<br>*[signature]* | DATE<br>10-19-2019 |

ALLOWANCE BY THE COURT OF LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.

**THIS ORDER FORM MUST BE SENT TO BOTH THE COURT REPORTER AND THE COURT OF APPEALS.**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| VINCENT LUCAS,<br>     Plaintiff,<br><br>     v.<br><br>TOTAL SECURITY VISION, et al.,<br>     Defendants. | :<br>: Case No. 1:16-cv-1102<br>:<br>: **PLAINTIFF'S NOTICE OF**<br>: **INTENT TO ORDER THE**<br>: **ENTIRE TRANSCRIPT**<br>:<br>:<br>:<br>: |

Under FRAP 10, I am ordering the entire transcript.  However, from the docket, it appears that there is nothing that can be transcribed which has not already been transcribed, and therefore the record already contains the entire transcript.  If any of the Appellees disagree, they are welcome to identify any proceedings that they believe can be transcribed but which have not yet been transcribed, and if such proceedings exist, I shall order a transcript of such proceedings.

                                                  s/ Vincent Lucas

                                                  Vincent Lucas
                                                  P.O. Box 272
                                                  Amelia, OH 45102
                                                  (513) 947-1695
                                                  vincentlucaslegal@gmail.com
                                                  Plaintiff

2

CERTIFICATE OF SERVICE

    I certify that on Oct. 19, 2019, I served this document upon Karl Kilguss [office@kilgusslaw.com] by electronic mail.

                                        s/ Vincent Lucas